**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00335-CV**
_____

**CARLTON CHOATE, Appellant**

**V.**

**EVAN DEMERSON, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-09-12749-CV**

**MEMORANDUM OPINION**

Carlton Choate, Appellant, filed an unopposed motion to dismiss this appeal.
*See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court
issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.*
43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 9, 2025
Opinion Delivered April 10, 2025
Before Golemon, C.J., Johnson and Wright, JJ.

1